**Order entered December 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00801-CV

### JAY SANDON COOPER, Appellant

### V.

### JUDGE PAUL MCNULTY, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01611-2015**

## ORDER

We **GRANT** Collin County District Clerk's December 12, 2015 withdrawal of December

9, 2015 motion to dismiss appeal.  The December 9th motion is deemed withdrawn.


/s/     CRAIG STODDART
JUSTICE